# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00366-CV

**In re Donna Klein**

### ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Donna Klein has filed a motion for emergency relief and petition for writ of mandamus. We overrule the motion and deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: June 30, 2006